IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| TRAVIS C. HENDERSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-540-WKW |
| | ) | [WO] |
| SGT. CRUMPTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On June 21, 2018, the Magistrate Judge filed a Recommendation (Doc. # 3) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 3) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by the court.

A final judgment will be entered separately.

DONE this 24th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE